IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ROBERT C. MEBANE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DECK HELMET, INC.**, a Maryland corporation,<br><br>*Defendant*, | Case No. 1:22-cv-00442-LKG |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Robert Mebane, through counsel, and hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated the 25th day of March, 2022                Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
305-469-5881
kaufman@kaufmanpa.com

Aimee Bader
Advocates Law Office, LLC
2029 Fleet Street
Baltimore, MD 21231
Telephone: (410) 537-5950
anesquire1@yahoo.com
*Local Counsel*
ATTORNEYS FOR PLAINTIFF and the putative Class