IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ROBERT C. MEBANE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DECK HELMET, INC.**, a Maryland corporation,<br><br>*Defendant*, | Case No. 1:22-cv-00442-LKG |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, Robert Mebane, through counsel, and hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated the 27th day of April, 2022

Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
305-469-5881
kaufman@kaufmanpa.com

Aimee Bader
Advocates Law Office, LLC
2029 Fleet Street
Baltimore, MD 21231
Telephone: (410) 537-5950
anesquire1@yahoo.com
*Local Counsel*
*ATTORNEYS FOR PLAINTIFF and the putative Class*

**APPROVED** this 2nd day of May, 2022.

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge